Honorable Judge John C. Coughenour

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| AARON SALTER,<br><br>                Plaintiff,<br><br>v.<br><br>ESSEX PROPERTY TRUST, INC., a California business corporation doing business in the State of Washington,<br><br>                Defendant. | No. C99-273C<br><br>STIPULATION AND ORDER OF DISMISSAL |

## STIPULATION

Plaintiff and defendant, through their undersigned attorneys of record, hereby stipulate that the matters at issue have been resolved and that the above-entitled cause may be dismissed with prejudice and without costs or attorneys fees to any party.

DATED this _____ day of July, 1999.

| | |
|---|---|
| LAW OFFICES OF PAUL H. KING | PRESTON GATES & ELLIS LLP |
| _____<br>Paul H. King, WSBA No. 7370<br>Attorney for Plaintiff | _Peter M. Anderson_<br>Peter M. Anderson, WSBA No. 489<br>Attorneys for Defendant |

STIPULATION AND ORDER OF
DISMISSAL - 1

K:\36345\00002\PMA\PMA_P3O25

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## ORDER OF DISMISSAL

Upon the foregoing stipulation of counsel, IT IS SO ORDERED.

DATED this _____ day of _____, 1999.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

PRESTON GATES & ELLIS LLP


By _____
Peter M. Anderson, WSBA # 489
Attorneys for Defendant
Essex Property Trust, Inc.

STIPULATION AND ORDER OF
DISMISSAL - 2

K:\36345\00002\PMA\PMA_P3025

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## ORDER OF DISMISSAL

Upon the foregoing stipulation of counsel, IT IS SO ORDERED.

DATED this _____ day of _____, 1999.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

PRESTON GATES & ELLIS LLP


By _____
Peter M. Anderson, WSBA # 489
Attorneys for Defendant
Essex Property Trust, Inc.

STIPULATION AND ORDER OF
DISMISSAL - 2

K:\36345\00002\PMA\PMA_P3025

PRESTON GATES & ELLIS LLP
701 FIFTH AVENUE
SUITE 5000
SEATTLE, WASHINGTON 98104-7078
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022